FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER A. STADTMUELLER,<br><br>        Appellant/Cross-Appellee,<br><br>v.<br><br>UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service,<br><br>        Appellee/Cross-Appellant. | No. 2:25-CV-00376-RLP<br><br>No. 2:25-CV-00394-RLP<br><br>ORDER GRANTING MOTION TO CONSOLIDATE AND LIFTING STAY |

Before the Court are the parties' Joint Motion to Consolidate Bankruptcy Appeals and Set Briefing Schedule, ECF No. 9 in Case No. 2:25-CV-00376-RLP, and Joint Motion for Order Re: Renewed Appropriations, ECF No. 8 in Case No. 2:25-CV-00376-RLP and ECF No. 6 in Case No. 2:25-CV-00394-RLP.

Both cases arise out of the bankruptcy court proceedings in Case No. 17-03545-FPC11 before the United States Bankruptcy Court for the Eastern District of Washington. Both parties appeal the Partial Order Re: Objection to Claim;

ORDER GRANTING MOTION TO CONSOLIDATE AND LIFTING STAY * 1

1  Findings of Fact and Conclusions of Law, ECF No. 209 in Case No. 17-03545-
2  FPC11, and the Final Order Re: Objection to Claim, ECF No. 243 in Case No. 17-
3  03545-FPC11. *See* ECF Nos. 1 in Case No. 2:25-CV-00376-RLP; 1 in Case No.
4  2:25-CV-00394-RLP.
5       Under FRCP 42(a), the Court may consolidate two actions if they involve a
6  common question of law or fact. As both cases are appeals of the same two orders
7  from the same bankruptcy court proceeding, both cases involve a common
8  question of law and fact. For that reason, the Court grants the parties' Joint Motion
9  to Consolidate.
10      In both cases, the Court previously entered a stay due to the lapse in
11 appropriations caused by the federal government shutdown. ECF Nos. 5 in Case
12 No. 2:25-CV-00376-RLP; 4 in Case No. 2:25-CV-00394-RLP. The parties
13 represent that Congress appropriated funds for the Department of Justice on
14 November 12, 2025, ECF No. 8 in Case No. 2:25-CV-00376-RLP, ¶2, and that
15 they request the stay be lifted. They further request all current deadlines be
16 extended by 43 days, the duration of the lapse in appropriations. For good cause
17 shown, the Court grants this request.
18      The parties further indicate that during the stay the bankruptcy clerk and
19 district court clerk inadvertently entered into the docket a certification that the
20 record was complete, and a briefing schedule. ECF Nos. 6 and 7 in Case No. 2:25-

ORDER GRANTING MOTION TO CONSOLIDATE AND LIFTING STAY * 2

CV-00376-RLP. As the case was stayed at the time of these entries, they are vacated.

**ACCORDINGLY, IT IS ORDERED:**

1. The parties' Joint Motion to Consolidate Bankruptcy Appeals and Set Briefing Schedule**, ECF No. 9 in Case No. 2:25-CV-00376-RLP** is **GRANTED**.

2. The parties' Joint Motion for Order Re: Renewed Appropriations, **ECF No. 8 in Case No. 2:25-CV-00376-RLP and ECF No. 6 in Case No. 2:25-CV-00394-RLP**, is **GRANTED**.

3. The District Court Clerk shall **consolidate** Case No. 2:25-CV-00394-RLP into Case No. 2:25-CV-00376-RLP. The parties shall file all further filings in Case No. 2:25-CV-00376-RLP.

4. The District Court Clerk shall **close** Case No. 2:25-CV-00394-RLP.

5. The stay of the case issued at ECF No. 5 in Case No. 2:25-CV-00376-RLP is lifted.

6. The Certification that Record is Complete to Clerk of District Court, **ECF No. 6**, and the Notice of Docketing, **ECF No. 7**, both **in Case No. 2:25-CV-00376-RLP**, are **vacated**.

7. The Court issues the following deadlines:

//

ORDER GRANTING MOTION TO CONSOLIDATE AND LIFTING STAY * 3

| | | |
|---|---|---|
| | United States (cross-appellant/appellee) "must file and serve a designation of additional items to be included in the record and a statement of the issues to be presented on the cross-appeal" based on Mr. Stadtmueller's (cross-appellee/appellant) filed and served Designation and Statement of Issues on October 3, 2025 (ECF No. 253, *Stadtmueller v. United States*, Case No. 20-80007-FPC (Bankr. E.D. Wash.)). *See* Fed. R. Bankr. P. 8009(a)(2)(A)-(B) (emphasis added) | December 1, 2025 |
| | Mr. Stadtmueller (cross-appellee/appellant) "may may file with the bankruptcy clerk and serve on the cross-appellant a designation of additional items to be included in the record." *See* Fed. R. Bankr. P. 8009(a)(3) (emphasis added). | 14 days after the cross-appellant's designation and statement have been served |
| | Appellant and Cross-Appellant Opening Brief due | February 2, 2026 |
| | Appellee and Cross-Appellee Response Brief due | March 4, 2026 |
| | Appellant and Cross-Appellant Reply Brief due | March 18, 2026 |

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel.

DATED November 20, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE